William A. Overton, Respondent, v. Arline A. Wilson, Appellant, Impleaded with Others, Defendants. — Motion for leave to appeal to the

Court of Appeals granted.  Present — Burr, Thomas, Carr, Rich and Stapleton, JJ.  Order to be settled on notice before Mr. Justice Burr.

